IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE:   Garrison Jr, Thomas A | Case Number:  05 B 31928 |
|---|---|
|  | Judge:  Wedoff, Eugene R |
| Printed: 03/10/09 | Filed:  8/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 5, 2009
Confirmed:  September 29, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 79,652.44 |  |
| Secured: |  | 59,319.82 |
| Unsecured: |  | 11,016.50 |
| Priority: |  | 1,652.08 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 4,329.64 |
| Other Funds: |  | 1,634.40 |
| Totals: | 79,652.44 | 79,652.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,700.00 | 1,700.00 |
| 2. | Ford Motor Credit Corporation | Secured | 3,337.66 | 3,337.66 |
| 3. | HSBC Mortgage Services | Secured | 43,842.17 | 42,375.73 |
| 4. | HSBC Mortgage Services | Secured | 1,584.80 | 1,584.80 |
| 5. | Americredit Financial Ser Inc | Secured | 12,021.63 | 12,021.63 |
| 6. | Internal Revenue Service | Priority | 1,652.08 | 1,652.08 |
| 7. | ECast Settlement Corp | Unsecured | 457.06 | 457.06 |
| 8. | ECast Settlement Corp | Unsecured | 246.59 | 246.59 |
| 9. | American General Finance | Unsecured | 1,412.61 | 1,412.61 |
| 10. | National Financial Holdings | Unsecured | 395.38 | 395.38 |
| 11. | ECast Settlement Corp | Unsecured | 3,643.04 | 3,643.04 |
| 12. | Ford Motor Credit Corporation | Unsecured | 1,503.16 | 1,503.16 |
| 13. | FCNB Preferred Charge | Unsecured | 1,390.59 | 1,390.59 |
| 14. | ECast Settlement Corp | Unsecured | 1,605.72 | 1,605.72 |
| 15. | Internal Revenue Service | Unsecured | 362.35 | 362.35 |
| 16. | First Premier | Unsecured |  | No Claim Filed |
| 17. | Capital One | Unsecured |  | No Claim Filed |
| 18. | M & R Motors | Unsecured |  | No Claim Filed |
| 19. | Goodyear | Unsecured |  | No Claim Filed |
| 20. | Shell Mastercard | Unsecured |  | No Claim Filed |
| 21. | Spiegel | Unsecured |  | No Claim Filed |
|  |  |  | $ 75,154.84 | $ 73,688.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Garrison Jr, Thomas A

Printed: 03/10/09

Case Number: 05 B 31928
Judge: Wedoff, Eugene R
Filed: 8/12/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,086.24 |
| 5% | 296.26 |
| 4.8% | 568.80 |
| 5.4% | 1,279.02 |
| 6.5% | 642.74 |
| 6.6% | 456.58 |
| | $ 4,329.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

